JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT FARMS INTERNATIONAL LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R.A.W. REAL AND WONDERFUL, LLC, an Ohio domestic limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-00581 GAF (VBKx)<br><br>**ORDER RE: STIPULATION TO DISMISS**<br><br>Judge:　Hon. Gary A. Feess |

{2073176.1}

ORDER RE: STIPULATION TO DISMISS

1   Based on Plaintiff PARAMOUNT FARMS INTERNATIONAL LLC and
2 Defendant R.A.W. REAL AND WORTHFUL, LLC f/k/a R.A.W. REAL AND
3 WONDERFUL, LLC'S (collectively "the Parties") Stipulated Notice of Dismissal;
4 it is hereby ordered that:
5   1.   Pursuant to a confidential settlement agreement entered into by the
6 Parties, all claims against all defendants are dismissed with prejudice;
7   2.   Each party will bear its own fees and costs.
8   **IT IS SO ORDERED.**

12 DATED:  August 14, 2014

15   JS-6

_____
Hon. Gary A. Feess
Judge of the District Court

{2073176.1}                                1
ORDER RE: STIPULATION TO DISMISS